1
2
3
4
5

**Entered on Docket
November 10, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

6
7

## UNITED STATES BANKRUPTCY COURT

8

## DISTRICT OF NEVADA

9
10
11
12
13

In re:

Paulo Braga
Elaine Braga

                              Debtor(s)

BK 03-12580 MKN
Ch 13

Hearing Date: N/A
Hearing Time: N/A

14
15

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

16
17

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

18
19

ORDERED that the amount of $405.31 constituting an unclaimed dividend is declared due to DILKS & KNOPIK.

20
21
22

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

23
24
25

DILKS & KNOPIK
c/o Credigy Receivables Inc.
PO Box 2728
Issaquah WA 98027

26

###

27
28